1  DOUGLAS J. FARMER, CA Bar No. 139646
   douglas.farmer@ogletree.com
2  SARAH ZENEWICZ, CA Bar No. 258068
   sarah.zenewicz@ogletree.com
3  HANNAH A. WITHERS, CA Bar No. 292648
   hannah.withers@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
5  Steuart Tower, Suite 1300
   One Market Plaza
6  San Francisco, CA  94105
   Telephone:   415.442.4810
7  Facsimile:    415.442.4870

8  Attorneys for Defendant
   PARKER HANNIFIN CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PARKER-HANNIFIN CORPORATION, an Ohio corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No.  1:18-CV-00281-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Complaint Filed:  January 25, 2018<br>Trial Date:<br><br>(Doc. 10) |

Plaintiff Patricia Ortiz ("Plaintiff") and Defendant Parker Hannifin Corporation ("Defendant"), by and through their respective counsel, stipulate as follows:

WHEREAS, on February 2, 2018, the Court its order setting the Initial Scheduling Conference for May 24, 2018, at 9:45 a.m.;

WHEREAS, counsel for Defendant has a scheduling conflict with a mediation set for May 24, 2018, at 10:00 a.m. in another matter;

WHEREAS, Plaintiff has agreed at Defendant's request to respectfully request that this Court continue the Initial Case Management Conference to May 31, 2018, at 10:00 a.m.;

NOW THEREFORE, Plaintiff and Defendant stipulate and request that the Initial Case Management Conference be continued from May 24, 2018 at 9:45 a.m., to May 31, 2018 at 10:00 a.m.

DATED: May 21, 2018　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Sarah Zenewicz
　　DOUGLAS J. FARMER
　　SARAH ZENEWICZ
　　HANNAH A. WITHERS
　　Attorneys for Defendant
　　PARKER HANNIFIN CORPORATION


DATED: May 21, 2018　　　　　　　　　　RUGGLES LAW FIRM


By: /s/ Matthew J. Ruggles
　　MATTHEW J. RUGGLES
　　Attorney for Plaintiff
　　PATRICIA ORTIZ

1　　　　　　　　　　　　　　　　Case No.
STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

DATED: May 21, 2018          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sarah Zenewicz
DOUGLAS J. FARMER
SARAH ZENEWICZ
HANNAH A. WITHERS
Attorneys for Defendant
PARKER HANNIFIN CORPORATION

## ORDER

The Court, having reviewed the above Stipulation of the Parties (Doc. 10) and finding good cause, hereby ORDERS that Mandatory Scheduling Conference previously set for May 24, 2018, at 9:45 a.m. is hereby **CONTINUED to May 31, 2018, at 10:00 a.m.** The Court is in receipt of the parties' Joint Scheduling Conference Report (Doc. 9), and no further submission is required at this time.

IT IS SO ORDERED.

Dated: **May 22, 2018**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE