UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ORTIZ,<br><br>          Plaintiff,<br><br>     v.<br><br>PARKER-HANNIFIN CORPORATION,<br><br>          Defendant. | No. 1:18-cv-00281-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 19) |

On August 17, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 19.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 20, 2018**              /s/ *Sheila K. Oberto*              
                                     UNITED STATES MAGISTRATE JUDGE